**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Revised: September 17, 2013

Official Caption[1]

2013-1649, -1653, -1654

BIAX CORPORATION,

Plaintiff-Appellant,

v.

NVIDIA CORPORATION,

Defendant-Cross Appellant,

and

SONY COMPUTER ENTERTAINMENT AMERICA, INC.
and SONY ELECTRONICS, INC.,

Defendants-Cross Appellants.

Appeals from the United States District Court for the District of Colorado in case no. 09-CV-1257, Judge Philip A. Brimmer.

Authorized Abbreviated Caption[2]

BIAX CORPORATION V NVIDIA CORPORATION, 2013-1649, -1653, -1654

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.